IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFERS PATRICK DICKEY,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL A. SMELOSKY, Warden,**<br><br>Respondent. | 1:08-CV-01198 GSA HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OPPOSITION<br><br>[Doc. 20] |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss filed November 6, 2008. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including December 17, 2008, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:   **November 21, 2008**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE